AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cornelius Rodriguez Morant,<br>*Plaintiff*<br>v.<br><br>People of the State of South Carolina, The; Sumter County; K. Boland *in his/her individual and official capacity*; Deputy Clerk James C. Campbell *in his individual and official capacity*,<br>*Defendants* | )<br>)<br>)  Civil Action No.  3:19-cv-02849-JFA<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Cornelius Rodriguez Morant, shall take nothing of the defendants, The People of the State of South Carolina, Sumter County, K. Boland *in his/her individual and official capacity* and Deputy Clerk James C. Campbell *in his individual and official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, incorporating the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: December 4, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/L. Baker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*